IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES BATTLE, *et al.*,
Plaintiffs,

v.

CITY OF RICHMOND, VIRGINIA,
Defendant.

Civil Action No. 3:17CV582 (MHL)

**ORDER**

Pursuant to 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Given the undersigned's previous working relationship with one of the plaintiffs in this action, the undersigned hereby disqualifies himself as to this civil action. The settlement conference, previously referred to the undersigned, shall be handled by the Honorable United States Magistrate Judge David J. Novak, and the Clerk is DIRECTED to note this change on the record.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: January 9, 2018