**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **Charles Battle, Errol Fernandez, Anthony Franklin, and Eric Godfrey,**<br><br>               **Plaintiffs,**<br><br>**v.**<br><br>**City of Richmond, Virginia,**<br><br>               **Defendant.** | Civil Action No. 3:17-cv-582 |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW Plaintiffs Charles Battle, Errol Fernandez, and Eric Godfrey ("Settling Plaintiffs"), by counsel, and Defendant City of Richmond, by counsel, and move this Court for an Order approving the Settlement Agreement and Release reached between the parties. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

1

Jointly Submitted by:

| **PLAINTIFFS** | **DEFENDANT** |
|---|---|
| By: ____/s/_____ | By: _/s/_____ |
| Philip Justus Dean (VSB No. 86335) | Stephen M. Hall (VSB No. 44132) |
| Craig Juraj Curwood (VSB No. 43975) | Deputy City Attorney |
| Attorneys for Plaintiffs | City Hall, Suite 400 |
| Curwood Law Firm, PLC | 900 East Broad Street |
| 530 E. Main Street, Suite 710 | Richmond, Virginia 23219 |
| Richmond, VA 23219 | Telephone: (804) 646-7953 |
| Telephone: (804) 788-0808 | Facsimile: (804) 646-7939 |
| Fax: (804) 767-6777 | Email: stephen.hall@richmondgov.com |
| pdean@curwoodlaw.com | *Counsel for Defendant* |
| ccurwood@curwoodlaw.com | |

Zev H. Antell (VSB No. 74634)
Butler Royals, PLC
140 Virginia Street, Suite 302
Richmond, Virginia  23219
Telephone:  (804) 648-4848
Facsimile:  (804) 237-0413
Email: zev.antell@butlerroyals.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __19th__ day of January 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notification of Filing (NEF) to the following:

    Stephen M. Hall, Esq.
    City Hall, Suite 400
    900 East Broad Street
    Richmond, Virginia 23219
    Phone: (804) 646-7953
    Fax: (804) 646-7939
    stephen.hall@richmondgov.com
    Counsel for Defendant

                                              ____/s/_____
                                              Philip Justus Dean